**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Green*, Slip Opinion No. 2025-Ohio-591.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2025-OHIO-591

THE STATE OF OHIO, APPELLEE, *v.* GREEN, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Green*, Slip Opinion No. 2025-Ohio-591.]**

*Sua sponte, causes dismissed as having been improvidently certified and accepted.*

(Nos. 2024-0586 and 2024-0670—Submitted February 11, 2025—Decided February 26, 2025.)

APPEAL from and CERTIFIED by the Court of Appeals for Marion County, No. 9-22-13, 2023-Ohio-4360.

_____

The below judgment entry of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DETERS, HAWKINS, and SHANAHAN, JJ. BRUNNER, J., concurred in part and dissented in part and would lift the stay of the briefing schedule in case No. 2024-0670 and order the parties to brief that case.

**{¶ 1}** Sua sponte, the causes are dismissed as having been improvidently certified and accepted. Appellant's motion to "unconsolidate," lift stay, and order briefing is denied as moot.

_____

Raymond A. Grogan Jr., Marion County Prosecuting Attorney, for appellee.

Elizabeth R. Miller, Ohio Public Defender, and Timothy B. Hackett, Assistant Public Defender, for appellant, Ziair Green.

_____